IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3068 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL KEATING, | ) | TENTATIVE FINDINGS ON |
| | ) | PRESENTENCE INVESTIGATION |
| Defendants. | ) | REPORT |
| | ) | |

    It appears that the only objection to the Presentence Investigation Report is to paragraphs 71 and 76. Therefore I find that the Presentence Investigation Report is true and accurate, aside from the two paragraphs to which objection has been made, and shall depend upon the government to produce evidence in support of those two paragraphs at the time of the sentencing.

    Dated December 9, 2008.

                                        BY THE COURT


                                        s/ Warren K. Urbom
                                        United States Senior District Judge