# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>        Plaintiff,                            )<br>                                                           )<br>    vs.                                              )<br>                                                           )<br>PAUL KEATING,                              )<br>                                                           )<br>        Defendant.                         )<br>                                                           ) | 4:08CR3068<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f)  and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 22, 2011              BY THE COURT:


                                              *s/Cheryl R. Zwart*
                                              United States Magistrate Judge